[No. 11468–2–II.  Division Two.  August 15, 1989.]

GEORGE DELAVERGNE, ET AL, *Appellants,* v. PEARL
LARSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–2–04433–8, Karen G. Seinfeld, J., entered
October 2, 1987. *Affirmed* by unpublished opinion per
Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 11587–5–II.  Division Two.  August 15, 1989.]

*In the Matter of the Marriage of* BRYANT NEVIN HARD,
*Respondent, and* BEATRICE MARY HARD,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–3–03680–1, Donald H. Thompson, J.,
entered November 23, 1987. *Affirmed* by unpublished per
curiam opinion.

[No. 10339–7–II.  Division Two.  August 15, 1989.]

DONALD J. HANEY, ET AL, *Appellants,* v. PIERCE COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–2–05243–8, James D. Roper, J., entered
September 5, 1986. *Affirmed in part* and *reversed in part*
by unpublished opinion per Reed, J., concurred in by Alex-
ander, C.J., Worswick, J., dissenting.

[No. 11707–0–II.  Division Two.  August 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES MATHEW
GILES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 87–8–00405–1, Leonard W. Costello, J. Pro
Tem., entered January 4, 1988. *Reversed* by unpublished
per curiam opinion.